G. Michael Jackson, State Bar No. 1894
**JONES, DAVIS & JACKSON, P.C.**
25350 Magic Mountain Parkway, Suite 300
Valencia, CA 91355
Telephone: (661) 481-2220
Facsimile: (661) 836-7711
Email: mjackson@jonesdavis.com

Nicole A. Westbrook, (*pro hac vice* motion forthcoming)
**JONES&KELLER, P.C.**
1675 Broadway, 28th Floor
Denver, Colorado 80202
Telephone: 615.403.4862
nwestbrook@joneskeller.com
   *Attorneys for Plaintiff Pastor Steve Smothermon*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **PASTOR STEVE SMOTHERMON**,<br><br>    Plaintiff,<br><br>v.<br><br>**KEITH HODGE**, an individual; **KEVIN HODGE**, an individual; **HODGETWINS, LLC**, a Nevada limited liability company;<br><br>    Defendants. | Case No.:<br><br><br>**COMPLAINT AND DEMAND<br>FOR JURY TRIAL** |

Plaintiff Pastor Steve Smothermon ("Pastor Smothermon"), through counsel, Jones, Davis & Jackson, PC, respectfully submits this Complaint and Demand for Jury Trial against Defendants Keith Hodge, Kevin Hodge, Hodgetwins, LLC (together, "Defendants"), and states as follows:

## NATURE OF THE ACTION

1. Pastor Steve Smothermon is a conservative, Bible-based pastor and the longtime leader of Legacy Church in New Mexico.

2. He has dedicated his entire life to serving God and sharing traditional, biblical

1

Christian values with as many people as possible.

3. On August 22, 2025, two stand-up comedians-turned-social media influencers published a malicious and false article, wrongfully labeling Pastor Smothermon as "woke," "anti-American," and "anti-family values." In doing so, they deliberately or with reckless indifference to the truth conflated him with a different individual whom they heavily criticized before their 6.3 million supporters for lobbying for LGBTQ+ issues and advocating Diversity, Equity, and Inclusion (DEI) initiatives.

4. The fallout from this false publication has been devastating. Online trolls and critics have begun questioning the foundations of Pastor Smothermon's ministry, sowing doubt among followers and undermining his central mission: leading people to Christ.

5. Keith and Kevin, through their media company Hodgetwins, LLC, have severely damaged Pastor Smothermon's reputation and life's work by spreading demonstrably false claims that he has abandoned traditional values and now supports progressive social agendas.

6. There is no doubt that the Defendants knew—or acted in reckless disregard of—the truth when they made and republished these defamatory statements. Their conduct meets the legal standard of actual malice.

7. The law recognizes Pastor Smothermon's right to protect his name, reputation, and life's work from false attacks. This right reflects a core principle of our justice system: the inherent dignity and worth of every individual.

8. Stopping false and hostile attacks—especially when unprovoked—is essential to preserving human dignity and upholding the foundational values of truth and justice in our society.

9. The Defendants must be held accountable for their defamatory and slanderous statements, and for the lasting harm caused to Pastor Smothermon's reputation, ministry, personal life, and future opportunities.

## THE PARTIES

10. Plaintiff Pastor Steve Smothermon is an individual who is a resident of New Mexico.

11. Defendant Keith Hodge ("Keith") is an individual who, upon information and belief, is a resident of Nevada. Keith may be served at 9708 Gilespie, 110A, Las Vegas, NV, 89183 or wherever he may be found.

12. Defendant Kevin Hodge ("Kevin") is an individual who, upon information and belief, is a resident of Nevada. Kevin may be served at 9708 Gilespie, 110A, Las Vegas, NV, 89183 or wherever he may be found.

13. Defendant Hodgetwins, LLC is a Nevada limited liability company and may be served through its registered agent, Keith Hodge, at 9708 Gilespie, 110A, Las Vegas, NV, 89183.

14. John/Jane Does 1-10 are, upon information and belief, entities or individuals who assisted and/or conspired with Defendants to commit the wrongful acts identified herein.

JURISDICTION AND VENUE

15. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has diversity jurisdiction over this action because the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

16. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(b)(2), because the incidents giving rise to the causes of action occurred in the State of Nevada.

17. Because Defendants circulated slanderous and defamatory statements concerning Plaintiff within this state, this Court also has jurisdiction over this matter under the U.S. Supreme Court's decision in *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 777 (1984).

**GENERAL ALLEGATIONS**

18. The Hodgetwins, also known as Keith and Kevin Hodge, are American twin brothers who gained popularity through their YouTube channel and social media presence. They initially built a following with fitness advice and reaction videos before shifting their focus to stand-up comedy and conservative political commentary.

19. Since around 2016, the Hodgetwins have performed live comedy shows across the country while maintaining a strong online presence. They brand themselves as the "Conservative Twins" and are known for their outspoken views on politics, culture, and current events.

20. Their content has sparked both support and controversy. While they have built a large audience—particularly among conservative viewers—some of their statements have been flagged by fact-checkers or criticized by watchdog groups for spreading misinformation or promoting divisive rhetoric.

21. In 2025, the watchdog group StopAntisemitism publicly criticized the Hodgetwins for allegedly promoting harmful conspiracy theories about Jewish individuals and for using their platform to amplify antisemitic rhetoric.

22. The Hodgetwins' YouTube channel currently boasts nearly 3.5 million subscribers, making them influential voices within the online conservative media landscape.

23. Their Facebook page, Hodgetwins, has over 6.3 million regular followers. Upon information and belief, Hodgetwins, LLC is the entity owned by Keith and Kevin to profit off of their conservative, radical messaging, including their Facebook page.

24. The Hodgetwins frequently post provocative videos and written content offering their conservative perspectives on current events, social issues, and political matters. They don't shy away from divisive topics and are known for delivering their take in a blunt, satirical style that resonates with their base audience of conservative followers.

25. They also regularly run promotional posts—primarily centered around giveaways like vehicles, cash prizes, branded merchandise, or access to VIP content. These are often embedded with urgent, energetic language, encouraging fans to engage quickly to boost the readership of the conservative messaging on their Facebook page.

*Cracker Barrel Rebranding Criticized as "Woke"*

26. In late August of 2025, a restaurant chain called the Cracker Barrel made public a new branding and marketing strategy that included removing a character known as "Uncle Herschel" from its logo.

27. News media outlets began picking up the story and discussing at length what some deemed a "woke" rebranding as the company dropped its old-timer image and associated Americana feel.

28. Cracker Barrel's new branding saw immediate backlash from Donald Trump Jr. who posted on X, "WTF is wrong with @CrackerBarrel??!," in response to another X post blaming Cracker Barrel's CEO, stating she "scrapped a beloved American aesthetic and replaced it with sterile, soulless branding" while also criticizing the company for its Diversity, Equity and Inclusion ("DEI") commitments.

29. Even President Donald Trump publicly called on Cracker Barrel to "go back to the old logo."

30. An X account for restaurant chain Steak 'n Shake (which The Washington Post reported as cozying up to conservatives since President Trump's second inauguration) posted an image mocking the change with the words: "Fire the CEO."

31. Cracker Barrel shares plummeted approximately 10% immediately, losing $143 million in market value overnight.

32. The backlash was so significant that Cracker Barrel pulled its new logo the very next day.

*Steve Smotherman – the Alleged Architect of DEI and Woke Rebranding*

33. Some media outlets have praised Cracker Barrel's recent transformation as a positive shift—from being perceived as exclusionary to actively embracing LGBTQ+ inclusion. These outlets often attribute this corporate direction to the leadership of Steve Smotherman (note spelling), who is recognized as a queer business executive and an advocate for LGBTQ+ diversity.

34. Steve Smotherman joined Cracker Barrel in 2005 with the goal of guiding the company through cultural changes related to Diversity, Equity, and Inclusion (DEI) programs.

35. Over 15 years, Smotherman developed DEI initiatives at Cracker Barrel and has been acknowledged for providing queer employees with platforms for advocacy and visibility

5

within the company.

36. Although DEI efforts initially garnered positive recognition during the Civil Rights movement of the 1960s, they have faced growing criticism in recent years.

37. Critics argue that DEI initiatives can undermine meritocracy, reduce individuals to tokens rather than recognizing unique qualifications, waste organizational resources, and often serve as performative or superficial gestures.

38. In response to such concerns, several states have enacted laws restricting or eliminating DEI offices in public institutions.

39. While DEI programs within the federal government have faced significant scrutiny, many private organizations have discontinued their DEI efforts, and some continue these initiatives discreetly, limiting public awareness of their existence.

40. Keith and Kevin have been vocal critics of DEI on their Facebook platform Hodgetwins.

*Keith and Kevin Maliciously Identify Pastor Smothermon as the Woke, DEI Face of Cracker Barrel*

41. On or about Friday, August 22, 2025, Keith and Kevin made a post on their official Hodgetwins Facebook page questioning the Cracker Barrel rebranding and calling it out as violative of tradition, family values, and putting America first:

Cracker Barrel's WOKE Past Comes Back to Light

The backlash over Cracker Barrel's recent logo change and rebrand is exposing the chain's long march toward woke politics.

Meet Steve Smotherman – a former Cracker Barrel management and training leader. After leaving the company in 2020, he joined the Human Rights Campaign's (HRC) Business Advisory Council, one of the most powerful LGBT lobbying groups in America.

During his time at Cracker Barrel (2005-2020), Smotherman:

- Founded an LGBT employee group that grew from just 6 members into a powerful force inside the company.

6

- Helped move Cracker Barrel's HRC Corporate Equality Index score from ZERO in 2002 to 80 by 2021.
- Pushed policy changes like adding "sexual orientation" to nondiscrimination rules.
- Championed corporate activism, including:
- Pulling Duck Dynasty products in 2014.
- Banning a pastor with traditional views in 2019.
- Sponsoring Nashville Pride in 2024.
- Launching rainbow-colored rocking chairs in 2023.

Now, as Cracker Barrel scraps its "old-timer" logo and faces accusations of erasing its heritage, many Americans see this as part of the same woke transformation.

Users on X are connecting the dots – accusing the chain of abandoning tradition, family, and Southern values in exchange for appeasing the woke mob.

Cracker Barrel used to be about heritage and heartland America. Today, critics say it's becoming just another corporation chasing trends instead of honoring tradition.

#AntiWoke #ProtectHeritage #TraditionMatters

#FamilyValues #CrackerBarrel #AmericaFirst

42. Beneath the hashtags in the Hodgetwins' post appears a photograph—not of Steve Smotherman, the DEI executive for Cracker Barrel—but of Pastor Steve Smothermon (note the different spelling), the head pastor of Legacy Church in Albuquerque, New Mexico.

43. Pastor Steve Smothermon of Legacy Church is not, and has never been, the proponent of DEI initiatives or LGBTQ+ advocacy, in stark contrast to Steve Smotherman of Cracker Barrel, who is recognized for championing those causes.

44. Nonetheless, the Hodgetwins' Facebook post falsely—and with reckless disregard for the truth—told their vast audience that Pastor Steve Smothermon was a "woke" supporter of LGBTQ+ causes and responsible for the controversial DEI-driven rebranding at Cracker Barrel, which allegedly led to a $145 million loss in brand value in a single day.

7

45. As a direct result of Keith and Kevin Hodge's knowing and malicious misidentification, Pastor Smothermon has been subjected to widespread backlash, criticism, and reputational damage stemming from an incident with which he had no involvement.

46. The term "woke" is widely understood as pejorative, often used to criticize performative activism and ideological overreach in institutions such as schools, corporations, and media. Associating Pastor Smothermon with such terminology has deeply negative implications for his public image and ministry.

47. Keith, Kevin, and Hodgetwins, LLC had no reasonable basis to believe that Pastor Steve Smothermon was "woke," anti-American, or anti–family values. They had no personal knowledge or credible evidence to support such claims, and, upon information and belief, made no attempt to verify the identity of the individual pictured or the truth of the allegations. Despite this, they chose to publish Pastor Smothermon's photograph alongside false and defamatory content with actual malice and reckless disregard for the truth. These statements were disseminated to their Facebook audience of more than 6.3 million viewers, with full awareness of the reputational harm such a misrepresentation would cause—and with the apparent intent to inflict that harm.

48. Upon information and belief, Keith, Kevin, and Hodgetwins, LLC were assisted by one or more individuals or entities in falsely and maliciously creating the aforementioned post in violation of the law and Pastor Steve Smothermon's rights.

*Pastor Steve Smothermon and Legacy Church*

49. Legacy Church is a conservative, faith-based, non-denominational church, school, and charitable organization located on various campuses in New Mexico.

50. Under the leadership of Pastor Steve Smothermon, Legacy Church is dedicated to connecting individuals with God, fostering healthy relationships, and encouraging a life marked by generosity and service.

51. Pastor Smothermon's sermons are firmly rooted in Biblical scripture, addressing a wide range of topics including marriage, family, gender identity, and sexual ethics.

52. The moral teachings, traditional values, and social principles emphasized in Pastor Smothermon's messages reflect beliefs commonly associated with political conservatism.

53. Pastor Smothermon and Legacy Church have consistently resisted external political pressures in order to preserve the core doctrines, values, and mission of their ministry for a large and committed congregation.

54. The false and malicious statements published by Keith and Kevin Hodge and Hodgetwins, LLC pose a direct threat to the reputation Pastor Smothermon has built over a lifetime of ministry and service.

## FIRST CLAIM FOR RELIEF

### Defamation

55. Pastor Steve Smothermon incorporates all foregoing allegations as though set fully herein.

56. On or about August 22, 2025, Defendants made the defamatory statements described herein on their Hodgetwins Facebook page to approximately 6.3 million people.

57. Those statements were and continue to be materially false.

58. The statements clearly concern Pastor Steve Smothermon, whose picture is prominently posted under the false and defamatory hashtags and lengthy false statements.

59. The statements were published without privilege to third parties with actual malice through the fault of Defendants.

60. Defendants' actions caused actual or special damages.

61. As a result, Plaintiff Pastor Steve Smothermon has suffered economic and non-economic damages in amounts to be proven at trial.

## SECOND CLAIM FOR RELIEF OR, IN THE ALTERNATIVE, REQUESTED REMEDY

### Permanent Injunctive Relief

62. Pastor Steve Smothermon incorporates the allegations in Paragraphs 1-54 of this Complaint as if fully set forth herein.

63. Once a final determination has been made that Defendants' statements at issue are

defamatory, Pastor Steve Smothermon seeks a permanent injunction prohibiting Defendants from repeating the defamatory speech. *Allstate Insurance Company v. Cruz*, 2024 WL 2058859 *8 (D.Colo. 2024) (citing *Wagner Equip. Co. v. Wood*, 893 F. Supp. 2d 1157, 1161 (D.N.M. 2012) (collecting cases); and *Organovo Holdings, Inc. v. Dimitrov*, 162 A.3d 102, 124–25 (Del. Ch. 2017)).

64. Upon information and belief, Defendants have not stopped repeating and publishing the false and defamatory statements described herein as the statements have not been removed from their social media.

65. As a result, Pastor Steve Smothermon continues to be injured in his reputation and will continue to be after a trial, if Defendants are permitted to continue repeating the defamatory statements.

66. The injuries Pastor Steve Smothermon will continue to suffer as a result of Defendants' defamatory statements are irreparable, and any remedy for the injuries available to Plaintiff through a future award of damages would be inadequate.

67. Pastor Steve Smothermon is entitled to an Order of this Court permanently prohibiting Defendants from repeating the speech found defamatory in this case, and a significant monetary sanction per occurrence for any time it is broken by Defendants to deter Defendants.

### JURY DEMAND

Pastor Steve Smothermon demands a jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Pastor Steve Smothermon requests that the Court enter judgment in his favor and against Defendants Keith Hodge, Kevin Hodge, Hodgetwins, LLC., and grant the following relief:

1. Economic damages, plus additional damages as the Court and Jury may award, as proved at trial in an amount in excess of $75,000;

2. Non-economic damages at the maximum rate allowed by law;

3. Pre-judgment and post-judgment interest on all such amounts at the maximum rate allowed by law;

4. An Order mandating that Defendants immediately stop all defamatory statements described above, and if this is violated, a significant monetary sanction by Defendants;

5. Costs, expenses, and attorney fees that Plaintiff has incurred and will continue to incur bringing and maintaining this action; and

6. Any and all such other and further relief that the Court deems just and equitable under the circumstances.

Respectfully submitted this 15th day of September, 2025.

/s/ G. Michael Jackson
G. Michael Jackson, Nevada Bar No. 1894
**JONES, DAVIS & JACKSON, P.C.**
25350 Magic Mountain Parkway, Suite 300
Valencia, CA 91355
Telephone: (661) 481-2220
Email: mjackson@jonesdavis.com

*Attorneys for Pastor Steve Smothermon*

## DEMAND FOR TRIAL BY JURY

Plaintiff **PASTOR STEVE SMOTHERMON** hereby demands a trial by jury to decide all issues so triable in this case.

Dated: October 1, 2025.                JONES, DAVIS & JACKSON, PC

                                       By:/s/G. Michael Jackson
                                          G. Michael Jackson Esq.
                                       **JONES, DAVIS & JACKSON, P.C.**
                                       Attorneys for Plaintiff Pastor Steve Smothermon