**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PASTOR STEVE SMOTHERMON,<br><br>   Plaintiff<br><br>v.<br><br>KEVIN HODGE, et al.,<br><br>   Defendants | Case No.: 2:25-cv-01858-APG-BNW<br><br>**Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction** |

Pastor Steve Smothermon filed this case in this court based on diversity jurisdiction. ECF No. 1 at 3. However, Smothermon does not identify the citizenship of each of the members of defendant Hodgetwins, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). I therefore cannot determine whether complete diversity exists between the plaintiff and each defendant. As the party seeking to invoke this court's jurisdiction, Smothermon bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

I THEREFORE ORDER that by October 24, 2025, Pastor Steve Smothermon shall show cause why this action should not be dismissed for lack of subject matter jurisdiction. Failure to respond to this order by that date will result in this case being dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 3rd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE