UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PASTOR STEVE SMOTHERMON, | Case No.: 2:25-cv-01858-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| KEVIN HODGE, et al., | |
| Defendants | |

In light of the plaintiff's response to the order to show cause (ECF No. 13),

I ORDER that the order to show cause (ECF No. 10) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing that subject matter jurisdiction exists in this case prior to entry of final judgment.

DATED this 15th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE