Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Keith Hodge, Kevin Hodge, and Hodgetwins, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PASTOR STEVE SMOTHERMON,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH HODGE, an individual; KEVIN HODGE, an individual; HODGETWINS, LLC, a limited liability company,<br><br>    Defendants. | Case No. 2:25-cv-01858-APG-BNW<br><br>**JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

### STIPULATION

Defendants Kevin Hodge and Hodgetwins, LLC (collectively, "Defendants") and Plaintiff Pastor Steve Smothermon hereby stipulate and agree as follows:

1. Plaintiff filed this action against Defendants and Defendant Keith Hodge on October 1, 2025.

2. Plaintiff filed returns of service showing Defendant Hodgetwins, LLC was served on November 25, 2025.

3. Plaintiff filed returns of service showing Defendant Kevin Hodge was served on December 22, 2025.

4. On January 15, 2026, Plaintiff filed a Motion to Enter Default with Memorandum of Points and Authorities re: Request for Clerk's Entry of Default (ECF No. 29) with the Court.

5. On January 16, 2026, the Court Clerk entered default (ECF No. 30) against Defendants Kevin Hodge and Hodgetwins, LLC.

6. On January 27, 2026, Marc J. Randazza, Ronald D. Green, and Alex J. Shepard of Randazza Legal Group appeared in this case on behalf of Defendants and Defendant Keith Hodge (ECF No. 31).

7. Rule 55(c) of the Federal Rules of Civil Procedure allows this Court to set aside an entry of default for good cause.

8. Plaintiff and Defendants agree that cases should be decided on the merits whenever possible. Therefore, the parties stipulate that good cause exists to set aside the Clerk's Default entered against Defendants Kevin Hodge and Hodgetwins, LLC. ECF No. 30.

9. The sole remaining appearing party, Defendant Keith Hodge does not object to this Stipulation and consents to the same pursuant to LR 7-1(c).

10. Defendants Kevin Hodge and Hodgetwins, LLC shall file and serve their responses to Plaintiff's Complaint, on or before March 2, 2026.

Dated: January 30, 2026                    Respectfully submitted,

/s/ Ronald D. Green                        /s/ Nicole A. Westbrook

Marc J. Randazza, NV Bar No. 12265         G. Michael Jackson, NV Bar No. 1894
Ronald D. Green, NV Bar No. 7360           Nicole A. Westbrook, *pro hac vice*
Alex J. Shepard, NV Bar No. 13582          JONES, DAVIS & JACKSON, P.C.
RANDAZZA LEGAL GROUP, PLLC                 25350 Magic Mountain Parkway, Suite 300
8991 W. Flamingo Rd., Ste. B               Valencia, CA 91355
Las Vegas, NV 89147                        Telephone: 661-481-2220
Telephone: 702-420-2001                    Facsimile: 661-836-7711
ecf@randazza.com                           mjackson@jonesdavis.com
                                           nwestbrook@jonesdavis.com
*Attorneys for Defendants*
*Keith Hodge, Kevin Hodge, and*            *Attorneys for Plaintiff*
*Hodgetwins, LLC*                          *Pastor Steve Smothermon*

**ORDER**

Based upon the foregoing, and good cause appearing, the Court hereby orders as follows:

1. The above stipulation of the parties is approved;
2. The Clerk's Default, entered against Kevin Hodge and Hodgetwins, LLC on January 16, 2026, is set aside;
3. Defendants Kevin Hodge and Hodgetwins, LLC shall file and serve their responses to the Complaint within 30 days of the date the Stipulation was filed, on or before March 2, 2026.

DATED: February 2, 2026                IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE