Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Keith Hodge, Kevin Hodge, and Hodgetwins, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PASTOR STEVE SMOTHERMON, <br><br> Plaintiff, <br><br> v. <br><br> KEITH HODGE, an individual; KEVIN HODGE, an individual; HODGETWINS, LLC, a limited liability company, <br><br> Defendants. | Case No. 2:25-cv-01858-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF PASTOR STEVE SMOTHERMON'S COMPLAINT** |

**STIPULATION**

Defendants Kevin Hodge , Keith Hodge, and Hodgetwins, LLC and Plaintiff Pastor Steve Smothermon hereby stipulate and agree as follows:

1.      Plaintiff filed his Complaint in this action against Defendants on October 1, 2025.

2.      On January 16, 2026, the Court Clerk entered default against Defendants Kevin Hodge and Hodgetwins, LLC.

3.      On February 2, 2026, the Court granted the Parties' Joint Stipulation to Set Aside Clerk's Entry of Default, set aside the default, and set a deadline of March 2, 2026 for Defendants Kevin Hodge and Hodgetwins, LLC to respond to the Complaint.

4.      On February 11, 2026, counsel for Plaintiff and Defendants held a conference call.

- 1 -
Stipulation and Order to Extend Time
Case No. A-25-927577-C

5. During that call, Defendants' counsel proposed that all Defendants, specifically Kevin Hodge, Keith Hodge, and Hodgetwins, LLC, would respond to Plaintiff's Complaint on or before March 18, 2026. Plaintiff's counsel agreed to Defendants' request.

6. The parties stipulate that Defendants Kevin Hodge, Keith Hodge, and Hodgetwins, LLC shall respond to the Complaint on or before March 18, 2026.

7. The Parties preserve and do not waive any claims, objections, or defenses of any kind by entry of this Stipulation, and this Stipulation does not operate as an admission against interest by any Party.

Wherefore, the Parties pray that the Court approve the terms of this Stipulation.

Dated: February 12, 2026                    Respectfully submitted,

/s/ Ronald D. Green                         /s/ Nicole Westbrook

Marc J. Randazza, NV Bar No. 12265          G. Michael Jackson, NV Bar No. 1894
Ronald D. Green, NV Bar No. 7360            Nicole Westbrook (*pro hac vice* pending)
Alex J. Shepard, NV Bar No. 13582           JONES, DAVIS & JACKSON, P.C.
RANDAZZA LEGAL GROUP, PLLC                   25350 Magic Mountain Parkway, Suite 300
8991 W. Flamingo Rd., Ste. B                Valencia, CA 91355
Las Vegas, NV 89147                         Telephone: 661-481-2220
Telephone: 702-420-2001                     Facsimile: 661-836-7711
ecf@randazza.com                            mjackson@jonesdavis.com
                                            nwestbrook@jonesdavis.com
*Attorneys for Defendants*
*Keith Hodge, Kevin Hodge, and*             *Attorneys for Plaintiff*
*Hodgetwins, LLC*                           *Pastor Steve Smothermon*

Stipulation and Order to Extend Time
Case No. A-25-927577-C

**PROPOSED ORDER**

IT IS HEREBY ORDERED, based upon the foregoing, and good cause appearing, Defendants Kevin Hodge, Keith Hodge, and Hodgetwins, LLC shall file a responsive pleading or motion to dismiss to Plaintiff Steve Smothermon's Complaint on or before March 18, 2026.

DATED:   February 13, 2026                    IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE