# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PASTOR STEVE SMOTHERMON,<br><br>    Plaintiff<br><br>v.<br><br>KEVIN HODGE, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01858-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the defendants' certificate of interested parties (ECF No. 38) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule. I remind the defendants that as a limited liability company, defendant Hodgetwins, LLC "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER these parties to file a proper certificate of interested parties by March 20, 2026.

DATED this 6th day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE