G. Michael Jackson, State Bar No. 1894
Nicole A. Westbrook, *pro hac vice*
**JONES, DAVIS & JACKSON, P.C.**
25350 Magic Mountain Parkway, Suite 300
Valencia, CA 91355
Telephone: (661) 481-2220
Facsimile: (661) 836-7711
Email: mjackson@jonesdavis.com
nwestbrook@jonesdavis.com

*Attorneys for Plaintiff Pastor Steve Smothermon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**PASTOR STEVE SMOTHERMON,**

Plaintiff,

v.

**KEITH HODGE**, an individual; **KEVIN HODGE**, an individual; **HODGETWINS, LLC**, a Nevada limited liability company;

Defendants.

Case No.: 2:25-cv-01858-APG-BNW

**JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, a meeting was held on March 26, 2026. Participating in the conference were Nicole A. Westbrook and G. Michael Jackson of the law firm Jones, Davis & Jackson, P.C. for Plaintiff and Marc J. Randazza and Ronald D. Green of the law firm Randazza Legal Group, PLLC for Defendants. The parties propose the following discovery plan:

1. Initial Disclosures: The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before April 10, 2026.

2. Areas of Discovery: The parties have not yet taken discovery at this time but concur that discovery will be necessary. The parties shall take discovery on Plaintiff's claims of liability and damages and Defendants' defenses. The parties do

not believe any changes or limitations on discovery should be made.

3. Discovery Cut-Off Date: All discovery shall be completed no later than September 18, 2026.

4. Amending the Pleadings and Adding Parties: All motions to amend the pleadings or to add parties shall be filed no later than June 16, 2026, which is 90 days before the discovery cut-off date.

5. Expert Disclosures:

Initial Expert Disclosures: Pursuant to Fed. R. Civ. P. 26(a)(2), disclosures shall be made by July 16, 2026, which is 60 days before the discovery cut-off date.

Rebuttal Expert Disclosures: Disclosures shall be made by August 15, 2026, which is 30 days after the initial disclosure of experts.

6. Dispositive Motions: The parties shall have until October 19, 2026, to file dispositive motions, which is 30 days after the discovery cut-off.

7. Joint Pretrial Order: The Joint Pretrial Order shall be filed by November 18, 2026, which is 30 days after the deadline for filing dispositive motions. If dispositive motions are pending, this deadline is suspended until 30 days after the decision on said motions.

8. Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Rule 26(a)(3) shall be included in the Joint Pretrial Order.

9. Alternative Dispute Resolution (LR 26-1(b)(7)): The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation and arbitration. The parties are continuing to discuss the efficacy of mediation in this matter.

10. Alternative Forms of Case Disposition (LR 26-1(b)(8)): The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and use of the Short Trial Program.

11. Court Conferences: If the Court has questions regarding the dates

proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not believe a conference is necessary.

12. Electronic Evidence (LR 26-1(b)(9)): The parties have discussed the presentation of electronic evidence for juror consumption. The parties will work together to produce native files with metadata where possible and necessary.

13. Additional Provisions:

13.1 Privileged Documents: At this time, the parties have no issues regarding claims of attorney-client privilege or work product privilege. In the event the parties assert such a privilege, the parties will comply with the requirements set forth in Fed. R. Civ. P. 26(b)(5). With regard to mistakenly produced documents and information, production of documents and disclosure of information, within the context of this lawsuit, shall not waive any claim of privilege, confidentiality, or protection, so long as the responding party, at or before the final disposition of this action, identifies any privileged documents or information mistakenly disclosed. Upon such identification, (1) the mistakenly produced documents or information shall be returned to the responding party; (2) the party which mistakenly received the documents shall destroy all copies of same; and (3) no party can assert that the mistaken production waived a claim of privilege or production.

13.2 Electronically Stored Information: The parties agree that all discoverable documents will be produced electronically with optical text recognition as reasonably practicable. The parties further agree that the “parent-child relationships” between documents will be preserved when produced (e.g., emails and their attachments will be produced together with consecutive Bates numbers) as reasonably practicable. The parties reserve the right to request metadata for electronic documents should any party deem it necessary.

13.3 Email Service: The parties have agreed that, to the extent possible

in light of the volume of the submission, all court flings to the extent not served through ECF (e.g., filings under seal), will be served via email, and such service will constitute proper service pursuant to Fed. R. Civ. P. 5(b)(2)(E) on all counsel who have entered an appearance on behalf of the party to be served.

Respectfully submitted this 9th day of April, 2026.

*/s/ Nicole A. Westbrook*
Nicole A. Westbrook
G. Michael Jackson Esq.
**JONES, DAVIS & JACKSON, P.C.**

*Attorneys for Pastor Steve Smothermon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147

*Attorneys for Defendants*
*Keith Hodge, Kevin Hodge, and Hodgetwins, LLC*

/s/ *Nicole A. Westbrook*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**PASTOR STEVE SMOTHERMON,**

Plaintiff,

v.

**KEITH HODGE**, an individual; **KEVIN HODGE**, an individual; **HODGETWINS, LLC**, a Nevada limited liability company;

Defendants.

Case No.: 2:25-cv-01858-APG-BNW

**ORDER REGARDING JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

The Court has reviewed the Joint Discovery Plan and Scheduling Order [ECF No. 48 ] submitted by the parties. Finding good cause shown, IT IS ORDERED that the Discovery Plan is APPROVED:

1. DISCOVERY DEADLINES The following deadlines shall govern discovery in this matter:

- Initial Disclosures: April 10, 2026
- Amending Pleadings/Adding Parties: June 16, 2026
- Initial Expert Disclosures: July 16, 2026
- Rebuttal Expert Disclosures: August 15, 2026
- Discovery Cut-Off: September 18, 2026
- Dispositive Motions: October 19, 2026
- Joint Pretrial Order: November 18, 2026

2. DISCOVERY LIMITATIONS The parties are permitted the following discovery as requested:

- Interrogatories: 25 per party.
- Depositions: 10 per side, limited to 7 hours each.
- Requests for Production/Admission: Subject to the proportionality requirements of Fed. R. Civ. P. 26(b).

3. EXTENSIONS OF DISCOVERY Pursuant to Local Rule 26-3, any stipulation or motion to extend a deadline set forth in this discovery plan must be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline. Any request made within 21 days must be supported by a showing of excusable neglect.

4. DISCOVERY DISPUTES The parties are reminded of their obligation to meet and confer in good faith prior to seeking Court intervention. No discovery motion shall be filed unless the moving party includes the certification required by LR 26-6.

IT IS SO ORDERED.

Hon. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE
Dated: April 10, 2026