**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PASTOR STEVE SMOTHERMON, | Case No.: 2:25-cv-01858-APG-BNW |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 40] |
| KEVIN HODGE, et al., | |
| Defendants | |

In light of the amended answer (ECF No. 43),

I ORDER that defendant Steve Smothermon's motion to dismiss **(ECF No. 40) is DENIED as moot** because it is directed at a prior version of the answer.

DATED this 21st day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE