Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
Randazza Legal Group, PLLC
8991 W. Flamingo Rd., Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Keith Hodge, Kevin Hodge, and Hodgetwins, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PASTOR STEVE SMOTHERMON,<br><br>Plaintiff,<br><br>v.<br><br>KEITH HODGE, an individual; KEVIN HODGE, an individual; HODGETWINS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:25-cv-01858-APG-BNW<br><br>**RONLAD D. GREEN'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S PROPOSED EXPERT ROBERT J. FISHER** |

I, Ronald D. Green, declare:

1. I am counsel for Defendants in the above captioned matter. I make this declaration in support of Defendants' Motion to Exclude the Testimony of Plaintiff's Proposed Expert Robert J. Fisher (the "Motion").

2. **Exhibit 1** is a true and correct copy of the Expert Report of Robert J. Fisher without the accompanying exhibits.

3. **Exhibit 2** is a true and correct copy of the Rebuttal Expert Report of Eric Rose.

4. **Exhibit 3** is a true and correct copy of relevant excerpts from the Deposition of Robert J. Fisher.

5. **Exhibit 4** is a true and correct copy of Plaintiff's document production numbered PASTORSTEVE 000056–59.

6. **Exhibit 5** is a true and correct excerpt of the Deposition of Fisher from *Carroll v. Trump,* No. 20-cv-07311-LAK, 2023 U.S. Dist. LEXIS 179828, at *4 (S.D.N.Y. Oct. 5, 2023). The deposition was taken on Dec. 14 and 20, 2022.

7. On the morning of October 12, 2026, I attempted to schedule a meet and confer call with Plaintiff's counsel, Nicole A. Westbrook and G. Michael Jackson, regarding this Motion to Exclude Robert A. Fisher. At 11:11 a.m., I sent Ms. Westbrook and Mr. Jackson a text message asking when one or both of them were available that day or the next to meet and confer. A true and correct copy of my text messages to Ms. Westbrook and Mr. Jackson is attached as **Exhibit 6**.

8. At 11:13 a.m. on October 12, 2026, I sent Ms. Wesbrook and Mr. Jackson an email making the same request. A true and correct copy of that email exchange is attached as **Exhibit 7**.

9. At 11:45 a.m., Ms. Westbrook responded to my email, stating that Plaintiff was going to file an emergency Motion to Stay and that she saw "no efficient reason" for Defendants to move to exclude Mr. Fisher. *See id.*

10. I responded that I saw no emergency or reason to stay the case but was willing to discuss both issues – the motion to stay and this Motion – during the same meet and confer call. *See id.* Ms. Westbrook responded, "Ok. We'll let the court know." *Id.*

11. When I asked Ms. Westbrook if she was declining to meet and confer, she did not respond.

12. At 12:34 p.m. on October 12, 2026, I called Ms. Westbrook's cell phone to attempt to meet and confer with her. She did not answer, so I left her a voicemail. She did not call me back and has never called me back.

13. At 12:40 pm. On October 12, 2026, I texted Ms. Westbrook and Mr. Jackson again about a meet and confer. *See* **Exhibit 6**. Neither responded. *See id.*

14. On October 12, 2026, at 2:43 p.m., Ms. Westbrook emailed me regarding this Motion, stating that she did not "believe it makes sense at this time to waste money on a conferral." A true and correct copy of that email exchange is attached as **Exhibit 8**.

15. On October 14, 2026, at 4:55 p.m., I responded to Ms. Westbrook's email, copying Mr. Jackson, again requesting that they meet and confer with me about this Motion. Neither responded. *See id.*

16. On October 14, 2026, at 4:56 p.m., I texted Ms. Westbrook and Mr. Jackson again asking for a meet and confer. *See* **Exhibit 6**. Neither responded. *See id.*

17. On October 14, 2026, at 5:01 p.m., I called Mike Jackson to attempt to meet and confer. He did not answer and did not call me back.

18. On October 15, 2026, at 1:06 p.m., I texted Mr. Jackson and Ms. Westbrook again asking for a meet and confer. *See* **Exhibit 6**. Neither responded. *See id.*

19. On October 15, 2026, at 1:07 p.m., I emailed Mr. Jackson and Ms. Westbrook again asking for a meet and confer. *See* **Exhibit 8**. Neither responded. *See id.*

Dated: October 16, 2026.

Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green