# Exhibit 6

Defendants' Counsels Texts to
Westbrook and Jackson

2:28

3 People

Mike an[...] e — We need to sche[...] nd confer regarding our motion to disqualify Mr. Fisher. When are one or both of you available today or tomorrow to meet and confer?

Monday 12:40 PM

Nicole — I just called your cell but got your voicemail. To reiterate, I am willing to meet and confer regarding both our motion to disqualify Fisher and your motion to stay. Based upon your last email, it appears that you are declining to meet and confer on either issue, but I am available all day. We would prefer to meet and confer today but will finalize our motion to disqualify Fisher and will attempt to meet and confer with you again prior to filing. I additionally remain available to meet and confer regarding your motion to stay.

Yesterday 4:56 PM

Nicole — Just following up on the email I just sent. Requesting that you meet and confer tomorrow morning regarding our motion to exclude Fisher. Please let me know when you are available.

Today 1:06 PM

Nicole and Mike — Again requesting a meet and confer on the motion to exclude Fisher before we file it.

iMessage