# Exhibit 7

Emails Between Co-Counsel
Re: Expert Meet and Confer



**From:** **Ron Green** rdg@randazza.com
**Subject:** Re: Hodgetwins adv. Smothermon - expert meet and confer
**Date:** October 12, 2026 at 12:26 PM
**To:** Nicole Westbrook nwestbrook@jonesdavis.com
**Cc:** Mike Jackson mjackson@jonesdavis.com, Marc Randazza mjr@randazza.com, Alberto Jimenez ajg@randazza.com, Casey Spring cts@randazza.com, Steve Jones sjones@jonesdavis.com, Dana Reedle dreedle@jonesdavis.com, Aaron McDaniel amcdaniel@joneskeller.com

---

Are you declining to meet and confer? As I stated, we are available all day to discuss.

________________________________________________

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
Tel: 702-420-2001 | Email: rdg@randazza.com

________________________________________________

* Licensed to practice law in Nevada.

On Oct 12, 2026, at 12:24 PM, Nicole Westbrook <nwestbrook@jonesdavis.com> wrote:

Ok. We'll let the court know. Thanks, Nicole

**Jones, Davis & Jackson, PC**

Attorneys + Counselors

Nicole A. Westbrook, Attorney at Law
15110 Dallas Parkway, Suite 300, Dallas, Texas 75248
*mobile*: 615.403.4862 | *fax*: 972.733.3119

[www.jonesdavis.com]www.jonesdavis.com

<image001.png><image002.png><image003.png><image004.png>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.
IRS CIRCULAR 230 DISCLOSURE: This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

---

**From:** Ron Green <rdg@randazza.com>
**Sent:** Monday, October 12, 2026 1:15 PM
**To:** Nicole Westbrook <nwestbrook@jonesdavis.com>
**Cc:** Mike Jackson <mjackson@jonesdavis.com>; Marc Randazza <mjr@randazza.com>; Alberto Jimenez <ajg@randazza.com>; Casey Spring <cts@randazza.com>; Steve Jones <sjones@jonesdavis.com>; Dana Reedle <dreedle@jonesdavis.com>; Aaron McDaniel <amcdaniel@joneskeller.com>
**Subject:** Re: Hodgetwins adv. Smothermon - expert meet and confer

We don't see any emergency here. The hearing on your motion to amend was over two months ago, and the parties have known the relevant deadlines since the scheduling order was entered in April. We also do not see any reason to stay the

case, but we are willing to meet and confer regarding the issue on the same call where we discuss excluding Mr. Fisher. Please let me know when you would like to meet and confer. We are available for the remainder of the day.

---

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
Tel: 702-420-2001 | Email: rdg@randazza.com

---

* Licensed to practice law in Nevada.

On Oct 12, 2026, at 11:45 AM, Nicole Westbrook <nwestbrook@jonesdavis.com> wrote:

Ron,

We are going to file an emergency motion to stay the case pending determination on our motion to amend. Honestly, if the motion were granted at least in part, we might withdraw Mr. Fisher as an expert in this case. We see no efficient reason for you to needlessly brief the issue at this time. Will you join us in the emergency motion (which we hope to have on file today)?

Thanks,
Nicole

**Jones, Davis & Jackson, PC**

Attorneys + Counselors

Nicole A. Westbrook, Attorney at Law
15110 Dallas Parkway, Suite 300, Dallas, Texas 75248
*mobile*: 615.403.4862 | *fax*: 972.733.3119

[www.jonesdavis.com]www.jonesdavis.com

<image001.png><image002.png><image003.png><image004.png>

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.
IRS CIRCULAR 230 DISCLOSURE: This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

---

**From:** Ron Green <rdg@randazza.com>
**Sent:** Monday, October 12, 2026 12:14 PM
**To:** Mike Jackson <mjackson@jonesdavis.com>; Nicole Westbrook <nwestbrook@jonesdavis.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Alberto Jimenez <ajg@randazza.com>; Casey Spring <cts@randazza.com>
**Subject:** Hodgetwins adv. Smothermon - expert meet and confer

Mike and Nicole:

Just sent you guys a text message about this as well. We need to meet and confer regarding our intention to move to exclude Mr. Fisher. When are one or both of you available today or tomorrow to meet and confer?

---

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
Tel: 702-420-2001 | Email: rdg@randazza.com

---

* Licensed to practice law in Nevada.