# Exhibit 8

Emails Between Co-Counsel
Re: Emergency Motion



**From:** **Ron Green** rdg@randazza.com
**Subject:** Re: Emergency Motion 2:25-cv-01858-APG-BNW
**Date:** October 15, 2026 at 1:07 PM
**To:** Nicole Westbrook nwestbrook@jonesdavis.com
**Cc:** Mike Jackson mjackson@jonesdavis.com, Aaron McDaniel amcdaniel@joneskeller.com, Dana Reedle dreedle@jonesdavis.com, Marc Randazza mjr@randazza.com, Casey Spring cts@randazza.com, Alberto Jimenez ajg@randazza.com

---

Hey guys. Trying one more time to meet and confer with you regarding the motion to exclude Fisher.

---

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
Tel: 702-420-2001 | Email: rdg@randazza.com

---

* Licensed to practice law in Nevada.

> On Oct 14, 2026, at 4:55 PM, Ron Green <rdg@randazza.com> wrote:
>
> Nicole:
>
> We have removed Ms. Johansen from this email chain. I don't believe it was appropriate for you to include the Court in your last email. We will be filing our Motion to Exclude Mr. Fisher's testimony. I am again asking you to meet and confer on the issue tomorrow morning. When are you available to chat?
>
> ---
>
> **Ronald D. Green*** | **Randazza Legal Group, PLLC**
> 8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
> Tel: 702-420-2001 | Email: rdg@randazza.com
>
> ---
>
> * Licensed to practice law in Nevada.
>
>> On Oct 12, 2026, at 2:43 PM, Nicole Westbrook <nwestbrook@jonesdavis.com> wrote:
>>
>> Great, thank you. As to the motion regarding Mr. Fisher, we don't believe it makes sense at this time to waste money on a conferral. As we mentioned before, pending a decision on our motion to amend, we may withdraw him entirely alleviating the need for you to file your motion or for us to confer on it.
>> Thank you, Nicole
>>
>> **Jones, Davis & Jackson, PC**
>>
>> Attorneys + Counselors
>>
>> Nicole A. Westbrook, Attorney at Law
>> 15110 Dallas Parkway, Suite 300, Dallas, Texas 75248
>> *mobile*: 615.403.4862 | *fax*: 972.733.3119
>>
>> [www.jonesdavis.com]www.jonesdavis.com
>>
>> <image001.png><image002.png><image003.png><image004.png>
>> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.
>> IRS CIRCULAR 230 DISCLOSURE: This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Monday, October 12, 2026 2:39 PM
**To:** Nicole Westbrook <nwestbrook@jonesdavis.com>
**Cc:** Melissa_Johansen@nvd.uscourts.gov; Mike Jackson <mjackson@jonesdavis.com>; Aaron McDaniel <amcdaniel@joneskeller.com>; Dana Reedle <dreedle@jonesdavis.com>; Danielle Darkenwald <dbd@randazza.com>; Marc Randazza <mjr@randazza.com>
**Subject:** Re: Emergency Motion 2:25-cv-01858-APG-BNW

Defendants are preparing an Opposition to Plaintiff's Motion.

---

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
8991 W. Flamingo Road | Suite B | Las Vegas, NV 89147
Tel: 702-420-2001 | Email: rdg@randazza.com

---

* Licensed to practice law in Nevada.

On Oct 12, 2026, at 1:19 PM, Nicole Westbrook <nwestbrook@jonesdavis.com> wrote:

Dear Ms. Johansen,

We are counsel for the plaintiff (Pastor Smothermon) in the above-styled case. Today we filed an Emergency Motion to Stay (ECF No. 118) pending decision on our motion for leave to amend our complaint (ECF No. 52). The deadline we seek to stay (for all dispositive motions and Rule 702 motions) falls on Monday, October 19, 2026. We make this advisement per the local rules; all counsel are copied.

Thank you,
Nicole

**Jones, Davis & Jackson, PC**

Attorneys + Counselors

Nicole A. Westbrook, Attorney at Law
15110 Dallas Parkway, Suite 300, Dallas, Texas 75248
*mobile*: 615.403.4862 | *fax*: 972.733.3119

[www.jonesdavis.com]www.jonesdavis.com

<image001.png><image002.png><image003.png><image004.png>
THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED

RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.
IRS CIRCULAR 230 DISCLOSURE: This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.